In the Matter of the Application of MORRIS FEINBERG for a Writ of Habeas Corpus Directed to and against ETHEL FEINBERG to Produce MAXWELL FEINBERG and HARRIET FEINBERG, Infants.— Motion granted, and the time of appellant in which to file the record on appeal extended to and including November 11, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LESSER.— Motion granted, and the time of the defendant in which to serve and file appellant's points on appeal extended to and including October 24, 1929, and the case set down for November 26, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SIEG TYNBERG, JR., Respondent, v. MORTIMER SLATER and LYNN REALTY COMPANY OF MICHIGAN, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARY BEACH MURDOCK, Respondent, v. REA ALLEN MURDOCK, Appellant.— Judgment as resettled modified by striking out the provision for increase of alimony and reinstating the alimony originally granted of $250 a month, and as so modified affirmed, without costs, upon the ground that on the papers before the court no change in the financial condition of the defendant is shown warranting any increase. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REGINALD C. THOMPSON, Appellant.— Judgment reversed and information dismissed, upon the ground that the instrument in question does not come within the prohibition of the statute, it being neither a firearm nor a dangerous weapon. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SIGLEY REALTY CO., INC., Appellant, v. TWELVE FIFTEEN NELSON AVENUE, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of PHILIPPINE (or PHILIPPINA) WISSMAN, Respondent, a Legatee and Next of Kin of CHARLOTTE GEYER, Deceased, for a Determination as to the Construction or Effect of the Last Will and Testament of CHARLOTTE GEYER, Deceased. JOHN MARTENS, Individually and as Executor, etc., Appellant.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARGARET N. TAYLOR, as Executrix, etc., of WILLIAM J. TAYLOR, Deceased, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, and Others, Defendants, Impleaded with THOMAS B. TAYLOR and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.